**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **TRAVIS AND NICOLE GREGORY, DONALD AND ERI HALEY, CRAIG AND DIXIE SARGENT, LARRY FISHER, STEPHEN AND KAREN BEVERLEY, CHAD AND HEATHER HANSEN, TRACY WOODBURY, DAVID PETERSON, MIKE ISRAEL, E. WAYNE LARSON, DARLA KETCHAM, CARVEL ANDERSON, KELLY AND AMY SPRINGER, and WAYNE BAKER, on behalf of themselves and all others similarly situated,**<br><br>      **Plaintiffs,**<br><br>**vs.**<br><br>**ZIONS BANCORPORATION,**<br><br>      **Defendant.** | **ORDER GRANTING MOTION TO CONSOLIDATE AND SETTING BRIEFING SCHEDULE**<br><br><br><br><br><br>**Case No. 2:19-cv-00015-PMW**<br><br>**Chief Magistrate Judge Paul M. Warner** |

Having reviewed Defendant Zions Bancorporation, N.A.'s ("Zions Bank") Unopposed Motion to Consolidate, Extend Time to Answer or Otherwise Respond to Plaintiffs' Complaint and Establish Briefing Schedule (the "Motion"),[1] the court hereby **GRANTS** the Motion and **ORDERS** that pursuant to DUCivR 42-1, Case No. 2:19-cv-00035-BCW is hereby consolidated with Case No. 2:19-cv-00015 PMW for all purposes.  Future filings in these two consolidated cases shall be in Case No. 2:19-cv-00015 PMW.

      **IT IS FURTHER ORDERED** that the deadline for Zions Bank to answer or otherwise

---

[1] *See* docket no. 15.

respond to the Complaint in this action is extended, and the parties' briefing schedule will be as follows:

1.      Plaintiffs will file a consolidated complaint in the consolidated action.

2.      Once the consolidated complaint is filed in the consolidated action, then the following deadlines shall apply:

a.      Zions Bank shall file its answer or other responsive pleadings or motions to Plaintiffs' consolidated complaint, including motions under Fed. R. Civ. P. 12(b)(6), within 60 days after filing of the consolidated complaint;

b.      Plaintiffs shall file their memorandum opposing Zions Bank's motion filed under Fed. R. Civ. P. 12(b)(6) within 60 days after service of the motion; and,

c.      Zions Bank shall file its reply memorandum to such opposing memorandum within 30 days after service of the opposing memorandum.

**IT IS SO ORDERED**.

**DATED** this 12th day of February, 2019.

BY THE COURT:

PAUL M. WARNER
Chief United States Magistrate Judge